# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br>_____<br><br>This Document Relates To: *Doe*, Case No. 3:22-cv-04393-WHO | Case No.: 3:22-cv-03580-WHO<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION TO SEVER CLAIMS AGAINST UCSF MEDICAL CENTER AND DIGNITY HEALTH MEDICAL FOUNDATION INTO SEPARATE ACTIONS**<br><br>DATE:    December 21, 2022<br>TIME:    2:00 p.m.<br>CTRM:  2<br>JUDGE:  Hon. Willian H. Orrick |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Before the Court is Plaintiff Jane Doe ("Plaintiff") and Defendants The Regents of the University of California (the real party in interest for "UCSF Medical Center") (hereafter "UCSF") and Dignity Health Medical Foundation's ("DHMF") Unopposed Joint Motion to Sever Claims Against UCSF and DHMF into Separate Actions (the "Unopposed Joint Motion").

Having read and considered the Unopposed Joint Motion, the pleadings on file in this matter, and good cause appearing for the relief requested in the Unopposed Joint Motion, the Unopposed Joint Motion is hereby GRANTED. Plaintiff's claims against UCSF shall be severed from this action into a separate action. Plaintiff's claims against DHMF shall also be severed from this action into a different, separate action. Plaintiff shall have 45 days to file any amended complaint in this Court against each of UCSF and DHMF, and UCSF and DHMF shall confer with Plaintiff in their respective cases on any proposed briefing schedule regarding subsequent motions.

**IT IS SO ORDERED.**

Dated: November 21, 2022



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I electronically transmitted the following document **[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION TO SEVER CLAIMS AGAINST UCSF MEDICAL CENTER AND DIGNITY HEALTH MEDICAL FOUNDATION INTO SEPARATE ACTIONS** to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing on the following:

| | |
|---|---|
| James M. Wagstaffe (95535)<br>Frank H. Busch (258288)<br>**WAGSTAFFE, VON LOEWENFELDT,**<br>**BUSCH & RADWICK LLP**<br>100 Pine Street, Suite 2250<br>San Francisco, CA 94111<br>Telephone:   415-357-8900<br>Facsimile:    415-357-8910<br>Emails:         wagstaffe@wvbrlaw.com<br>                      busch@wvbrlaw.com | *Attorneys for Plaintiff*<br>JANE DOE, individually and on behalf of all other persons similarly situated |
| Ashley Lynn Shively (264912)<br>Jacqueline Nicole Harvey (322165)<br>**HOLLAND & KNIGHT LLP**<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone:   415-742-6970<br>Facsimile:    415-743-6910<br>Emails:         ashley.shively@hklaw.com<br>                      jacqueline.harvey@hklaw.com | *Attorneys for Defendant*<br>DIGNITY HEALTH MEDICAL FOUNDATION |
| Michael Graham Rhodes (116127)<br>Caroline Lebel (340067)<br>Kyle Christopher Wong (224021)<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111- 4004<br>Telephone:   415-693-2000<br>Facsimile:    415-693-2222<br>Emails:         rhodesmg@cooley.com<br>                      clebel@cooley.com<br>                      kwong@cooley.com | *Attorneys for Defendant*<br>META PLATFORMS INC. (formerly known as Facebook, Inc.) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Abigail Augus Barrera (301746)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:      415-393-8200
Facsimile:       415-393-8306
Emails:          abarrera@gibsondunn.com

I further certify that a copy of the foregoing document was mailed via U.S. Mail and transmitted via e-mail to the person(s) listed below:

| | |
|---|---|
| Christian Levis (admitted pro hac vice)<br>Amanda Grace Fiorilla (admitted pro hac vice)<br>Rachel Kesten (admitted pro hac vice)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Facsimile:       914-997-0035<br>Emails:           clevis@lowey.com<br>                        afiorilla@lowey.com<br>                        rkesten@lowey.com | *Attorneys for Plaintiff*<br>JANE DOE, individually and on behalf of all other persons similarly situated |
| Mark S Melodia (pro hac vice forthcoming)<br>**HOLLAND & KNIGHT LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone:      212-513-3200<br>Email:             Mark.Melodia@hklaw.com | *Attorneys for Defendant*<br>DIGNITY HEALTH MEDICAL FOUNDATION |
| Lauren R. Goldman (admitted pro hac vice)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:      212-351-4000<br>Email:             lgoldman@gibsondunn.com | *Attorneys for Defendant*<br>META PLATFORMS INC. (formerly known as Facebook, Inc.) |
| Trenton James Van Oss (admitted pro hac vice)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2543 13th St. NW #2<br>Washington, DC 200009<br>Telephone:      202-887-3716<br>Email:             tvanoss@gibsondunn.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2022, at Los Angeles, California.

                                */s/Teresa C. Chow*
                                TERESA C. CHOW