TERESA C. CHOW (SBN 237694)
*tchow@bakerlaw.com*
ALEXANDER VITRUK (SBN 315756)
*avitruk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

PAUL G. KARLSGODT (*admitted pro hac vice*)
*pkarlsgodt@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

JAMES R. MORRISON (*admitted pro hac vice*)
*jmorrison@bakerlaw.com*
**BAKER & HOSTETLER LLP**
999 Third Ave. Suite 3900
Seattle, WA 98104
Telephone: 206.332.1380
Facsimile: 206.624.7317

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER,

Defendant.

Case No.: 3:23-cv-00598-WHO

**DECLARATION OF TERESA C. CHOW IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT**

First Am. Complaint Filed: 01/05/2023
Second Am. Complaint Filed: 06/06/2023
Answer Deadline: 09/05/2023
New Answer Deadline: 09/12/2023

I, Teresa C. Chow, hereby declare as follows:

1. I am an attorney with the law firm of Baker & Hostetler LLP, counsel of record for Defendant The Regents of the University of California ("UCSF") in the above-captioned action. I am a member in good standing of the State Bar of California. I submit this declaration in support of the Joint Stipulation for Extension of Time to Answer Second Amended Complaint. I have personal knowledge of the following facts and believe them to be true, and if called as a witness, I could and would testify competently thereto

2. Plaintiff filed her Second Amended Complaint against UCSF on June 6, 2023.

3. On August 22, 2023, this Court entered and Order Denying Defendant's Motion to Dismiss Fourth Claim for Relief.

4. Pursuant to Federal Rule of Civil Procedure, the deadline for UCSF to file its answer to the Second Amended Complaint is September 5, 2023.

5. Due to scheduling conflicts and the Labor Day holiday, UCSF requests an extension of time to file its answer.

6. Plaintiff has agreed to extend the time for UCSF to answer the Second Amended Complaint until September 12, 2023.

7. The parties have previously stipulated to an extension of time for defendant UCSF (*see* Case No. 3:22-cv-04293, ECF No. 43) and Dignity Health Medical Foundation (*id.*, ECF No. 33) to respond to Plaintiff's Complaint.

8. The parties have also previously stipulated to any extension of time for defendant UCSF to respond to the Amended Complaint. *See* Case No. 3:22-cv-04293, ECF Nos. 175, 177.

9. The parties have also previously stipulated to an extension of time for the filing of Plaintiffs' Amended Complaint and exchange of Initial Disclosures. S*ee* ECF Nos. 29, 30.

10. The parties have not previously stipulated to an extension of time for defendant UCSF to file its answer to Plaintiff's Second Amended Complaint.

11. The requested extension will not otherwise alter any deadline as the Court has not entered a Scheduling Order.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 5, 2023 in Los Angeles California.

Teresa C. Chow

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES