TERESA C. CHOW (SBN 237694)
*tchow@bakerlaw.com*
ALEXANDER VITRUK (SBN 315756)
*avitruk@bakerlaw.com*
DYANNE J. CHO (SBN 306190)
*dcho@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:     310.820.8800
Facsimile:      310.820.8859

PAUL G. KARLSGODT (*admitted pro hac vice*)
*pkarlsgodt@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street Suite 4400
Denver, CO 80202
Telephone:     303.861.0600p
Facsimile:      303.861.7805

JAMES R. MORRISON (*admitted pro hac vice*)
*jmorrison@bakerlaw.com*
**BAKER & HOSTETLER LLP**
999 Third Ave. Suite 3900
Seattle, WA 98104
Telephone:     206.332.1380
Facsimile:      206.624.7317

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA d/b/a UCSF MEDICAL CENTER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER,<br><br>Defendant. | Case No.: 3:23-cv-00598-WHO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br><br>Complaint Filed:          07/25/2022<br>Am. Complaint Filed:   06/06/2023 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

TO THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

Counsel for Defendant The Regents of the University of California d/b/a UCSF Medical Center hereby notifies the Court, all parties and all counsel of record that James R. Morrison, one of the attorneys for Defendant The Regents of the University of California d/b/a UCSF Medical Center, is withdrawing from the above-captioned action.

NOTICE IS FURTHER GIVEN that no further papers, pleadings, motions, correspondence, or communications regarding the above-captioned action are to be served on said James R. Morrison.

Respectfully Submitted,

Dated:   January 12, 2024

**BAKER & HOSTETLER LLP**

By:   */s/ James R. Morrison*
James R. Morrison (pro hac vice)
**BAKER & HOSTETLER LLP**
999 Third Ave. Suite 3900
Seattle, WA 98104
Telephone:     206.332.1380
Facsimile:     206.624.7317

*One of the Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA d/b/a UCSF MEDICAL CENTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2