Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Attorneys for Plaintiff and the Proposed Class*

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER,<br><br>Defendants. | Case No. 3:23-cv-00598-WHO<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER EXTENDING THE CASE SCHEDULE**<br><br>Action Filed: July 25, 2022<br><br>Honorable Judge William H. Orrick |

Pursuant to Civil Local Rule 6-1(b), Plaintiff Jane Doe and Defendant The Regents of the University of California (d/b/a "UCSF Medical Center") ("Regents"), through their respective attorneys, hereby stipulate as follows:

**WHEREAS**, the Parties proposed an extension of the case schedule in their August 20, 2024 case management statement (ECF No. 69) and the Court set the following case schedule (ECF No. 70):

| Event | Deadline |
| --- | --- |
| Fact Discovery Deadline | 3/17/2025 |
| Motion for Class Certification | 5/15/2025 |
| Expert Depositions | 7/2/2025 |
| Class Certification Opposition | 8/14/2025 |
| Rebuttal Expert Depositions | 10/1/2025 |
| Expert Discovery Deadline | 10/1/2025 |
| Class Certification Reply | 10/1/2025 |
| Class Certification Hearing | October 22, 2025 at 2:00 p.m. |

**WHEREAS**, the Parties are currently meeting-and-conferring every three weeks to address outstanding discovery, including document productions and depositions.

**WHEREAS**, the Parties have met and conferred and hereby agree that the case schedule should be extended in order to accommodate the Parties' need to complete discovery, including depositions and supplementing productions.

**WHEREAS**, the stipulated extension and schedule extends the case schedule by 6 months.

**WHEREAS**, the Parties have previously stipulated, and the Court ordered an extension of time to exchange Initial Disclosures and submit the Rule 26(f) Report (ECF No. 20), an extension of time to file Plaintiff's Amended Complaint and the exchange of Initial Disclosures (ECF No. 30), an extension of time for Regents to answer the Second Amended Complaint (ECF No. 40), an extension

of the case schedule by 6 months (ECF No. 53), and another extension of the case schedule by 6 months. ECF No. 70.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, that the case schedule should be extended as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Fact Discovery Deadline | 3/17/2025 | 9/17/2025 |
| Motion for Class Certification | 5/15/2025 | 11/14/2025 |
| Expert Depositions | 7/2/2025 | 1/5/2026 |
| Class Certification Opposition | 8/14/2025 | 2/18/2026 |
| Rebuttal Expert Depositions | 10/1/2025 | 4/1/2026 |
| Expert Discovery Deadline | 10/1/2025 | 4/1/2026 |
| Class Certification Reply | 10/1/2025 | 4/1/2026 |
| Class Certification Hearing | 10/22/2025 at 2:00 p.m. | To be determined based on the Court's schedule |

**IT IS SO STIPULATED.**

Dated: February 24, 2025

By: */s/ Christian Levis*
**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)

**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
James M. Wagstaffe (95535)

*Attorneys for Plaintiff*

By: */s/ Teresa C. Chow*
**BAKER & HOSTETLER LLP**
Paul G. Karlsgodt (admitted *pro hac vice*)
Teresa C. Chow (CA SBN 237694)

2

Dyanne J. Cho (CA SBN 306190)
Alexander Vitruk (CA SBN 315756)

*Attorneys for Defendant The Regents of the University of California*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** In addition, the class certification hearing is set for April 22, 2026 at 2:00 p.m.

Dated: February 24, 2025

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Christian Levis, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 24, 2025          **LOWEY DANNENBERG, P.C.**

         By:    */s/ Christian Levis*_____

             Christian Levis