TERESA C. CHOW (SBN 237694)
*tchow@bakerlaw.com*
ALEXANDER VITRUK (SBN 315756)
*avitruk@bakerlaw.com*
DYANNE J. CHO (SBN 306190)
*dcho@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

PAUL G. KARLSGODT (*admitted pro hac vice*)
*pkarlsgodt@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street Suite 4400
Denver, CO 80202
Telephone: 303.861.0600p
Facsimile: 303.861.7805

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER

*[Additional counsel listed in signature block]*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER,

Defendant.

Case No.: 3:23-cv-00598-WHO

Honorable Judge William H. Orrick,

**JOINT CASE MANAGEMENT STATEMENT**

Date: 03/04/2025
Time: 2:00 p.m.
Location: Zoom

Action Filed: 07/25/2022
FAC Filed: 06/06/2023
SAC Filed: 09/25/2024

Plaintiff Jane Doe ("Plaintiff") and Defendant The Regents of the University of California d/b/a UCSF Medical Center (the "Regents," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, met and conferred regarding this Joint Case Management Statement, which they submit in advance of the Further Case Management Conference scheduled in the above-captioned case for March 4, 2025 at 2:00 P.M. before the Honorable William H. Orrick.

***Meet and Confer Efforts.*** In order to streamline meet and confer efforts and maintain progress of this case, the Parties have agreed to meet and confer every three weeks to raise and discuss outstanding discovery (including document production and depositions) and any other issues or topics the Parties may need to discuss.

***Written Discovery.*** On August 26, 2024, Plaintiff served Requests for Production of Documents by the Regents – Set Two ("Second RFPs"). The Regents served its Objections and Responses to the Second RFPs on September 25, 2024, after which the Parties met and conferred regarding same. On February 4, 2025, the Regents served its Amended and Supplemental Objections and Responses to the Second RFPs. The Parties are continuing to meet and confer in good faith regarding additional documents and information Plaintiff seeks through the Second RFPs.

***Document Productions.*** Since the last Status Conference, the Regents produced documents on September 27, 2025 and January 31, 2025.

***Depositions***. On February 14, 2025, Plaintiff served her Notice of Rule 30(b)(6) Deposition ("Depo Notice"), which identifies 28 matters for examination. The Parties are meeting and conferring in good faith regarding the scope of the deposition and scheduling.

***Settlement Discussions.*** The Parties are exploring the potential for mediation in this matter, and on February 14, 2025, Plaintiff served a settlement demand.

***New Case Schedule.*** As set forth in the Parties' February 24, 2025 Joint Stipulation and [Proposed] Order Extending the Case Schedule [ECF No. 88] ("Stipulation"), in order to accommodate the Parties' need to complete discovery, the Parties requested an extension of the

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

case schedule by 6 months. That same day, the Court approved the Stipulation and ordered the following schedule [ECF No. 89]:

| Event | Current Deadline |
|---|---|
| Fact Discovery Deadline | 9/17/2025 |
| Motion for Class Certification | 11/14/2025 |
| Expert Depositions | 1/5/2026 |
| Class Certification Opposition | 2/18/2026 |
| Rebuttal Expert Depositions | 4/1/2026 |
| Expert Discovery Deadline | 4/1/2026 |
| Class Certification Reply | 4/1/2026 |
| Class Certification Hearing | 4/22/2026 at 2:00 p.m. |

The Parties have also agreed that, depending on the outcome of further discovery and depositions, a further extension of the case schedule may be necessary and have therefore agreed to meet and confer in good faith to propose a further extension of the case schedule for the Court's consideration if necessary.

Dated: February 25, 2025

By: /s/ Amanda Fiorilla
**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
Frank Busch (258288)
James M. Wagstaffe (95535)

*Attorneys for Plaintiff* JANE DOE

By: /s/ Dyanne J. Cho
**BAKER & HOSTETLER LLP**
Paul G. Karlsgodt (admitted *pro hac vice*)
Teresa C. Chow (CA SBN 237694)
Dyanne J. Cho (CA SBN 306190)
Alexander Vitruk (CA SBN 315756)

*Attorneys for Defendant* THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Dyanne J. Cho, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 25, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Dyanne J. Cho*
Dyanne J. Cho

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES