UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 8, 2025 | **Time:** 10 minutes<br>2:16 p.m. to 2:26 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00598-WHO | **Case Name:** Doe v. Regents of the University of California | |

**Attorney for Plaintiff:**     Christian Levis
**Attorney for Defendant:**  Dyanne J. Cho

**Deputy Clerk:** Jean Davis                                              **Court Reporter:** Lee-Anne Shortridge

PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel continue to coordinate discovery, although the process has been moving a bit slowly. It is agreed that a more frequent schedule of case management conferences may help to improve the pace of progress.

**Further Case Management Conference set for August 5, 2025**. Case management statement advising as to the progress of issues addressed in the most recent case management statement due August 1, 2025.