United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, et al.,

Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Defendant.

Case No. 23-cv-00598-WHO (KAW)

**ORDER GRANTING MOTIONS TO FILE UNDER SEAL (DKT. NOS. 183 AND 185); DENYING MOTION TO FILE UNDER SEAL (DKT. NO. 178)**

Re: Dkt. Nos. 178, 183, 185

On September 24, 2026, Plaintiffs filed three motions to file under seal material designated by Defendant UC Regents. (Dkt. Nos. 178, 183, 185.) On October 6, 2026, Defendant filed a response and declaration in support of the redactions. (Dkt. No. 196.)

Because the discovery letters are non-dispositive, Defendant need only meet the lower "good cause" standard. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). "For good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips v. GMC*, 307 F.3d 1206, 1210-11 (9th Cir. 2002). Thus, "'[b]road allegations of harm, unsubstantiated by specific examples of articulated reasoning' will not suffice." *Apple Inc. v. Alivecor, Inc.*, No. 22-cv-07608-HSG, 2026 U.S. Dist. LEXIS 217983, at *5 (N.D. Cal. Sep. 24, 2026) (quoting *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992)). Here, Defendant asserts that the redactions pertain to: (1) confidential, non-public information concerning Defendant's digital advertising campaigns and internal data, and (2) internal, non-public business strategy. (Dkt. No. 196 at 3-4.)

Having reviewed the proposed redactions and Defendant's response and declaration in support, the Court GRANTS the motions to file under seal at Dkt. Nos. 183 and 185. The Court,

however, DENIES the motion to file under seal at Dkt. No. 178. Although Defendant makes the general assertion that the redactions concern confidential, non-public information, the proposed redactions pertain to generic and non-specific information, such as the use of web tracking or analytics -- the very subject of this case -- or the possibility of a risk/benefit analysis (but not the analysis itself). There is nothing to suggest that disclosure of such general information would result in prejudice or harm. Accordingly, Plaintiff shall file an unredacted version of this discovery letter within **five days** of the date of this order.

IT IS SO ORDERED.

Dated: October 8, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California