UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

JANE DOE, et al.,
Plaintiffs,
v.
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
Defendant.

Case No. 23-cv-00598-WHO

**ORDER RE EXTENSION OF SCHEDULE**

Re: Dkt. No. 208

Having considered the parties' Joint Statement re Extension of Case Schedule, the following case schedule is hereby entered:

| **Event** | **Deadline** |
|---|---|
| Motion for Class Certification | January 8, 2027 |
| Expert Depositions | February 22, 2027 |
| Class Certification Opposition | April 1, 2027 |
| Rebuttal Expert Depositions | May 15, 2027 |
| Expert Discovery Deadlines | May 15, 2027 |
| Class Certification Reply | May 15, 2027 |
| Class Certification Hearing | June 9, 2027 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: November 6, 2026

William H. Orrick
United States District Judge